THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RAY DILLAHUNTY,<br><br>            Plaintiff/Relator,<br><br>v.<br><br>CHROMALLOY OKLAHOMA, a division of CHROMALLOY GAS TURBIINE CORPORATION; CHROMALLOY GAS TRUBINE CORPORATION; and CHROMALLOY GAS TURBINE LLC,<br><br>            Defendants. | Civil Action No. CIV-08-944-L |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This action is hereby dismissed in its entirety with prejudice. The parties are authorized to represent that the United States consents to the dismissal.

It is so ordered this __10th__ day of __April__, 2014.

_Tim Leonard_
Tim Leonard
United States District Judge